In the Interest of: L.C., T.C., R.C.; Juvenile Officer, State of Missouri, Department of Social Services, Division of Family Services, Respondents,

v.

W.C. (Father) and T.C. (Mother), Appellants.

Nos. WD 62652, WD 62683–WD 62685.

Missouri Court of Appeals,
Western District.

Feb. 24, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 2004.

Kurt Valentine, Jefferson City, MO, Atty. and Guardian for LC, TC, and RC.

Cyril M. Hendricks, Jefferson City, MO, for Appellant W.C.

Jeanne M. Gordon, Jefferson City, MO, for Juvenile Officer.

Curtis G. Hanrahan, Jefferson City, MO, for T.C.

Gary L. Gardner, Jefferson City, MO, for State of MO, Dept. of Social Services, Div. of Family Services.

Before LOWENSTEIN, P.J., HOWARD and NEWTON, JJ.

## ORDER

PER CURIAM.

Mother and Father's parental rights were terminated to their three children under Section 211.447.4(3). The Court of Appeals determined there was sufficient substantial evidence to support the judgment. Affirmed. Rule 84.16(b).